UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MONICA BANKS     CIVIL ACTION

VERSUS

CAROLYN W COLVIN     NO.: 16-00769-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 14)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff's Complaint (Doc. 1). Plaintiff, Monica Banks seeks judicial review of a final decision of the Commissioner of the Social Security Administration ("Commissioner") pursuant to 42 U.S.C. § 405(g) denying Plaintiff's application for Disability Insurance Benefits under the Social Security Act. (*Id.*). The Magistrate Judge recommended that the decision of the Commissioner be REVERSED and this matter be REMANDED for further proceedings. (Doc. 14 at p. 15).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 1). Neither party objected. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and

Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 14)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that this the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter is **REMANDED** for further proceedings.

Baton Rouge, Louisiana, this 27th day of March, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**