UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MONICA BANKS** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 16-769-BAJ-RLB** |
| **CAROLYN W. COLVIN,** <br> **ACTING COMMISSIONER OF** <br> **SOCIAL SECURITY** | |

## RULING ON PLAINTIFF'S MOTION FOR ATTORNEY FEES

Before the Court is Plaintiff's Motion for Attorney Fees (R. Doc. 16) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) filed on June 25, 2018. The Commissioner filed its Notice of No Opposition (R. Doc. 17) on July 9, 2018.

In this action, Plaintiff appealed the Commissioner of the Social Security Administration's denial of his application for disability benefits. (R. Doc. 1). On March 28, 2018, the district court issued its Ruling and Order (R. Doc. 15) adopting the February 26, 2018 Report and Recommendation of this Court, reversing the decision of the Commissioner and remanding the claim for further proceedings. Plaintiff then filed the present Motion.

### I.   LAW AND ANALYSIS

The Equal Access to Justice Act ("EAJA") provides that a court shall award attorney's fees and costs to a prevailing party in a civil action brought against the United States "unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A); *Baker v. Bowen*, 839 F.2d 1075, 1080 (5th Cir. 1988). The parties do not dispute that Plaintiff is the prevailing party who filed a timely application for fees, and the Commissioner concedes that Plaintiff is entitled to

recover reasonable fees under § 2412 of the EAJA. Therefore, an award of reasonable attorney's fees is proper in the instant case.

### A. Calculation of Fees

Plaintiff asks for attorney's fees to compensate her attorney for 37.1 hours of work at a rate of $175 per hour, plus costs in the amount of $500.00 — $6,592.50 total. The Commissioner has no opposition to this relief requested.

Having reviewed Plaintiff's Statement of Attorney Time Expended (R. Doc. 16-1), as well as similar cases in this district and others over the past several years, the Court finds the rate requested of $175 per hour to be reasonable. *See Gann v. Colvin*, 2017 WL 385038, at *2-3 (M.D. La. Jan. 27, 2017) (hourly rate of $175 was reasonable).[1]

Insofar as costs are concerned, Plaintiff requests $500.00, comprised of her $400.00 filing fee and the $100 for the *pro hac vice* fees of her counsel. With no opposition from the Commissioner, these costs will likewise be awarded.

### B. Payment of Fee Award

The fees award shall be payable to Plaintiff, as "a § 2412(d) fees award is payable to the litigant" and not the attorney because the award may be "subject to a Government offset to satisfy a pre-existing debt that the litigant owes the United States." *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). And so, the attorney's fees will be awarded and paid to Plaintiff, not her attorney, but can be mailed to Plaintiff's counsel.

---

[1] To the extent older cases reflect a lesser amount, the Court finds that the rate of $175 appropriately accounts for such passage of time. *Watkins v. Commissioner of Social Security*, No. 11-617, 2014 WL 129065, at *2 (M.D. La. Jan. 9, 2014) ("hourly rate of $150.00 . . . is consistent with the rate generally applied by this Court"); *Brown v. Astrue*, No. 09-487, 2011 WL 612730, at *3 (M.D. La. Feb. 7, 2011) (same); *Owen v. Colvin*, No. 12-1179, 2013 WL 6204270, at *2 (W.D. La. Nov. 27, 2013) (hourly rate of $150.00 typically applied in Western District "for attorney work performed in 2008 and beyond").

## II. CONCLUSION

For the reasons discussed above, **IT IS ORDERED** that Plaintiff's Motion for Attorney Fees (R. Doc. 16) is **GRANTED**. The Commissioner of the Social Security Administration is **ORDERED** to send to Plaintiff's counsel a check made payable to "Monica Banks" for attorney's fees in the amount of $**6,592.50** (37.1 hours at $175.00 per hour, plus $500.00 in costs) pursuant to the Equal Access to Justice Act.

Signed in Baton Rouge, Louisiana, on July 17, 2018.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**