# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MONICA BANKS**

**VERSUS**

**CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY**

**CIVIL ACTION**

**NO. 16-769-BAJ-RLB**

## REVISED RULING ON PLAINTIFF'S MOTION FOR ATTORNEY FEES

The Court issues this Revised Ruling for the sole purpose of correcting the total amount to be awarded to Plaintiff pursuant to the granting of her Motion for Attorney Fees (R. Doc. 16) filed on June 25, 2018. Plaintiff requested, and was awarded, fees for 37.1 hours of work at $175.00 per hour, plus $500.00 in associated costs, which amounts to a total of **$6,992.50**. The final award shall be adjusted accordingly, and all other findings made in the Order dated July 17, 2018 stand. Therefore,

**IT IS ORDERED** that Plaintiff's Motion for Attorney Fees (R. Doc. 16) is **GRANTED**. The Commissioner of the Social Security Administration is **ORDERED** to send to Plaintiff's counsel a check made payable to "Monica Banks" for attorney's fees in the amount of **$6,992.50** (37.1 hours at $175.00 per hour, plus $500.00 in costs) pursuant to the Equal Access to Justice Act.

Signed in Baton Rouge, Louisiana, on July 19, 2018.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE